IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| EUGENE CURTIS, | * | |
| Plaintiff, | * | |
| v. | * | CV 314-121 |
| CORRECTIONS CORPORATION OF AMERICA, | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is Defendant's motion in limine seeking to exclude from the trial of the case any evidence questioning or relating to the timeliness or effectiveness of the medical care of Plaintiff by or at the direction of Defendant's agents or employees or as the result of any act or omission by the agents or employees. Upon Plaintiff's counsel's concession at the pre-trial conference on January 26, 2016, and a telephonic hearing on February 9, 2016, the timeliness of Plaintiff's medical care following the subject incident is not at issue in this case. Accordingly, to the extent that Plaintiff attempts to introduce argument or evidence related to this issue, the motion in limine is **GRANTED**.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of February, 2016.

UNITED STATES DISTRICT JUDGE