ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 FEB 12 PM 12: 11

CLERK C. Adams
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

EUGENE CURTIS,          *
                        *
    Plaintiff,      *
                        *
      v.          *          CV 314-121
                        *
CORRECTIONS CORPORATION *
OF AMERICA,             *
                        *
    Defendant.      *

---

## O R D E R

---

**TAKE NOTICE** that this case is scheduled for jury selection and trial assignment on **Monday, March 21, 2016, at 9:00 a.m.**, at the J. Roy Rowland Federal Courthouse in Dublin, Georgia. The parties are reminded that requests to charge must be filed ten (10) days prior to jury selection. (See Order of December 18, 2015.) A witness list and exhibit list have been filed in the case and will be used by the Court for trial purposes unless the parties submit a new list for consideration before the close of business on Wednesday, March 16, 2016.

To ensure that this bench trial starts promptly, the parties are directed to arrive no later than 8:30 a.m. to meet with the Courtroom Deputy Clerk regarding preliminary matters, including trial exhibits and courtroom technology. Original,

properly-tagged exhibits and four copies thereof shall be available at this time. To the extent that either party requires any audio/visual aids, that party is obligated to contact this Court's Department of Computer Services at 706-849-4473 by close of business on Wednesday, March 16, 2016, to inquire about the courtroom's capability and to make any necessary arrangements.

ORDER ENTERED at Augusta, Georgia, this _12th_ day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE