# United States District Court
## *Southern District of Georgia*


FILED U.S. DISTRICT COURT AUGUSTA DIV.
2016 APR 12 AM 11: 35
CLERK _____
SO. DIST. OF GA.

EUGENE CURTIS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 3:14 CV 121

CORRECTIONS CORPORATION OF AMERICA

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Jury Verdict dated March 22, 2016, Judgment is hereby entered in favor of the Defendant and against the Plaintiff, and that the Plaintiff shall have and recover nothing from Defendant. Costs are to be taxed by the Clerk against the Plaintiff.

Approved by: _____
United States District Judge

April 12, 2016
*Date*

Scott L. Poff
Clerk

_____
(By) Deputy Clerk